The People of the State of New York, Respondent, v. Albin Walla, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered, on account of errors at folio 181. Upon a new trial the People should be able to present more definite evidence that the defendant was married on January 4, 1916, although the reversal is not based upon insufficiency of the present evidence in that regard. Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Lillian Scholes, Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order of the County Court of Kings county reversed, and new trial ordered, costs to abide the event, on the ground that the verdict of the jury as to the defective condition of defendant's staircase is against the weight of evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Israel Altman, an Infant, etc., Respondent, v. Dorothy Walsh, Appellant.— Motion for stay denied, with ten dollars costs, because of defendant's delay in bringing on the appeal from the order of October twentieth. Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

John J. Brennan, Respondent, v. Emma Wolper and Others, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

Alfred Brown, Plaintiff, v. Dominic Evento and Others, Defendants.— Motion denied upon the ground that the affidavits of the informant of the affiant Brown are not presented nor their absence explained. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

Charles W. Dayton, Jr., and Victor J. Dowling, as Executors, etc., Respondents, v. Alfredo Barili and Others, Appellants.— Motion denied on condition that the cause be placed on the January calendar for argument; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

Henry D'Hont, an Infant, etc., Respondent, v. The National Sugar Refining Company of New Jersey, Appellant.— Motion granted. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

Ralph Ferguson, Appellant, v. The City of Newburgh, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

Harris Goodman, Appellant, v. William Walden, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

Oskar Hansen, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.